M. Frederic Allain draw up an agreement, as per your letter?

" I will be down at the French Commission at 10:30 A. M., Wednesday to sign it.

" Yours very sincerely,

" THOMAS C. GOULARD."

The trial court dismissed the complaint on the ground that the letters did not and were not intended to constitute a contract but were a mere memorandum of terms intended to be thereafter drafted and formally executed.

*Joseph M. Hartfield* and *Ernest G. Fifield* for appellant.

*Clarence J. Shearn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

FREDERICK W. GRAVES, Appellant, *v.* KALTENBACH & STEPHENS, INC., Respondent.

*Contract — master and servant — action for wrongful discharge — counterclaim for money misappropriated — hiring at will.*

*Graves* v. *Kaltenbach & Stephens, Inc.*, 205 App. Div. 110, affirmed. (Argued November 26, 1923; decided December 27, 1923.)

APPEAL from a judgment, entered May 9, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing judgment in favor of defendant upon its counterclaim. The action was to recover for an alleged wrongful discharge. The amended answer in addition to a general denial stated a counterclaim of $161.78 for moneys alleged to have been received by the plaintiff from the defendant in a fiduciary capacity, namely, for payment to other employees of defendant, but which moneys the plaintiff instead retained and appropriated.

*Joseph A. Fagnant* for appellant.

*Chandler Bennitt* for respondent.

Judgment affirmed, with costs, on the ground that the contract of hiring was one at will; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.; MCLAUGHLIN, J., votes to affirm also on ground that discharge was proper.

---

THOMAS DE YBARRA et al., Copartners under the Name of HIJOS DE YBARRA, Respondents, v. GEORGE MOS-CAHLADES et al., Copartners under the Name of Mos-CAHLADES BROS., Appellants.

*Appeal — reversal by Appellate Division upon law and facts and grant of new trial — appeal to Court of Appeals withdrawn.*

De Ybarra v. Moscahlades, 206 App. Div. 753, appeal withdrawn.
(Submitted November 26, 1923; decided December 27, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1923, reversing a judgment in favor of defendants entered upon a verdict and granting a new trial.

*Vincent P. Donihee* and *Walter F. Welch* for appellants.
*Anthony J. Ernest* and *Daniel E. Hanlon* for respondents.

Appeal withdrawn on payment of costs.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

JENNIE FEINSTEIN, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Appeal — unanimous affirmance of judgment entered upon order of trial court setting aside verdict and directing dismissal of complaint — appeal, without permission, to Court of Appeals dismissed.*

Feinstein v. City of New York, 203 App. Div. 854, appeal dismissed.
(Submitted November 26, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial deprtment, entered November 21, 1922, which unanimously affirmed a judgment in favor of defendant entered upon an order of the court at a Trial Term granting a motion by